IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-CR-00071-M-3

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CAMERON EVANS,

     Defendant.

ORDER

This matter comes before the court sua sponte. It has come to the court's attention that documents filed by defense counsel in this case contain confidential information and must be sealed pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2. Accordingly, the Clerk of the Court is DIRECTED to place and maintain under seal the documents at DE 124 and 124-1 until further order of the court.

SO ORDERED this __27th__ day of February, 2024.

_Richard E Myers II_

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE